IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :
                                      :
         v.                           :    CRIMINAL NO. 07-cr-00780-JF
                                      :
GARY LESSER                           :

ORDER

AND NOW, this 3rd day of May 2010, upon consideration of the defendant's motion for reconsideration of this Court's Order of April 15, 2010, and the government's response, IT IS ORDERED:

That the motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.